UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-03379-SSS-JPR | Date | February 27, 2025 |
| Title | *Kelsie James Palmer v. Brandon Price* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

**ACCORDINGLY, IT IS ORDERED THAT:**

1. Respondent's motion to dismiss is **GRANTED** and the Petition is **DENIED** with prejudice.

2. Judgment be entered consistent with this order.

3. The clerk serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**