JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSIE JAMES PALMER,<br><br>               Petitioner,<br><br>   v.<br><br>BRANDON PRICE,<br><br>               Respondent. | Case No. 2:24-CV-03379-SSS-JPR<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is dismissed with prejudice.

DATED: February 27, 2025

_____
SUNSHINE S. SYKES
United States District Judge

-1-